# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:15-cv-02560-WJM-MJW

ROOFTOP RESTORATION, INC., a Colorado Corporation

   Plaintiff,

   v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation

   Defendant

## PROTECTIVE ORDER  (Docket No 16-1)

Having reviewed the Parties' Joint Motion for Protective Order and finding good cause:

THE COURT HEREBY ORDERS:

That the Joint Motion for Protective Order is granted. Defendant is ordered to mark the documents as confidential prior to production to Plaintiff.

It is further ordered that this protective order will cover all other internal documents produced by Defendant that Defendant asserts contain proprietary, confidential, and/or trade secret information. All such documents designated by Defendant as confidential documents will be covered by this protective order. If Plaintiff objects to Defendant's designation of documents as confidential, Plaintiff will abide by this protective order, but can file a motion in this case challenging the confidentiality of the designated documents and may request that the Court except the challenged documents from the Protective Order.

THE COURT FURTHER ORDERS:

1. That Plaintiff and its attorney protect the documents from disclosure, dissemination, and publication to anyone except the attorneys of record in this case, and such personnel and staff of counsel, including Plaintiff's insurance claims expert as is necessary for the conduct of this case only;

2. That the documents may not be used for any purpose whatsoever, except for pre-trial preparation and trial of this case and only this case;

3. That no copies, duplications or reproductions of the documents shall be provided to Plaintiff's insurance claims expert without first obtaining a signed Agreement of Confidentiality (Appendix A) from such person, agreeing to hold all such materials in confidence and agreeing to the terms and conditions set forth in this Protective Order. Plaintiff's counsel need not disclose to Defendant the signed Agreements of Confidentiality from their consultants or experts, but shall retain such Agreements of Confidentiality in its case file;

4. That no copies, duplications, or reproductions of the documents may be part of the public record of this case, whether in evidence or otherwise, although this Order does not prohibit use of the documents as evidence in the trial of this case. If any document, material or other information designated herein is used in testimony, discovery responses, or evidence, or is quoted in any brief, deposition, transcript or other paper filed in this case, such materials and papers shall be tendered to the court for filing under seal and if sealed, sealing shall continue so as to prevent disclosure at

the conclusion of the trial and any discovery response and deposition will be deemed confidential and will be covered under this Protective Order;

5. That all electronic and/or hard copies of the documents covered by this Protective Order shall either be returned to American Family's counsel, Campbell, Latiolais & Averbach, LLC, or shall be destroyed and removed from Plaintiff counsel's electronic file, within 30 days of the conclusion of this case.

6. That this Protective Order survives this case for the purpose of enforcement; and

7. That this Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

SO ORDERED this 3rd day of February, 2016.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

## Appendix A

Rooftop Restoration, Inc. v. American Family Mutual Insurance Company
U.S. District Court for the District of Colorado
Case Number: 1:15-cv-02560-WJM-MJW

**AGREEMENT OF CONFIDENTIALITY**

1. My full name is: _____

2. My address is: _____

3. My present employer is: _____

4. My present occupation or job description is: _____

5. I have received a copy of the Protective Order entered in this case. I have carefully read and understand the provisions of the Protective Order. I will comply with all of the provisions of the Protective Order.

6. I will not disclose any documents covered by the Protective Order except to the attorneys of record in this case and their staff. I will use any such information only with respect to this case.

7. I will return all documents covered by the Protective Order that come into my possession and all documents or things which I have prepared which contain reference to such information to any attorney representing the party that has employed or retained me at the conclusion of this case.

8. I submit to the jurisdiction of this Court for the purposes of enforcement of the Protective Order.

DATED this _____ day of _____, 2016.

_____